IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Lakeshia L

Printed: 10/9/07

Case Number: 07 B 06227
Judge: Squires, John H
Filed: 4/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,545.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,545.00 |
| Totals: | 1,545.00 | 1,545.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | National Capital Management | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 665.92 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 1,447.38 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 1,774.14 | 0.00 |
| 7. | Capital One | Unsecured | 898.62 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 2,234.81 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 569.15 | 0.00 |
| 10. | Capital One | Unsecured | 715.28 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 578.28 | 0.00 |
| 12. | Capital One | Unsecured | 873.58 | 0.00 |
| 13. | National Capital Management | Secured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Check Into Cash | Unsecured |  | No Claim Filed |
| 16. | Illinois Student Assistance Commission | Unsecured |  | No Claim Filed |
| 17. | A All Financial | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 19. | Cache Inc | Unsecured |  | No Claim Filed |
| 20. | National Capital Management | Unsecured |  | No Claim Filed |
| 21. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,757.16 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Lakeshia L                                      Case Number:  07 B 06227
                                                                   Judge:  Squires, John H
   Printed:  10/9/07                                               Filed:  4/6/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

   Marilyn O. Marshall, Trustee, by:

   _Denise Ashley_____